**ORIGINAL** **FILED**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS  AUG 27 2014
Bid Protest

U.S. COURT OF
FEDERAL CLAIMS

| | )
**OAK GROVE TECHNOLOGIES, LLC,** | )
| )
Plaintiff, | )
| )
v. | )  Case No.  14-782C
| )
**THE UNITED STATES OF AMERICA,** | )
| )
Defendant. | )
| )

### PLAINTIFF'S EMERGENCY MOTION FOR DECLARATORY RELIEF, A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Pursuant to Rules 7, 57, 65, and Appendix C, of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Oak Grove Technologies, LLC ("Oak Grove"), by and through its undersigned counsel, hereby moves for declaratory relief, a temporary restraining order and a preliminary injunction prohibiting the Defendant, the United States of America, acting through the Department of State, Foreign Service Institute ("FSI"), from (a) maintaining the override of the automatic stay of performance required by the Competition in Contracting Act (the "CICA"), 31 U.S.C. §3553 (d)(3); and (b) proceeding with performance of the Task Orders awarded to Coley & Associates, Inc. ("Coley") and The Ventura Group, Inc. ("Ventura") pursuant to Request for Quotations ("RFQ") No. SFSIAQ14R0002.

### Background

On June 13, 2014, FSI issued RFQ eLearning development services in support of FSI's eLearning development program (the "RFQ"). Oak Grove timely submitted an offer in response to the RFQ. On August 5, FSI notified Oak Grove that FSI had awarded Task Orders to Coley and Ventura. On August 14, Oak Grove filed a protest at the Government Accountability Office

("GAO") challenging FSI's award of the Task Orders to Coley and Ventura. Per CICA's stay provisions and Federal Acquisition Regulation ("FAR") §33.104(c)(1), FSI was required to suspend contract performance under the awarded Task Orders. However, on August 22, FSI informed the GAO and Oak Grove that FSI had decided to override the CICA-imposed stay of contract performance.

According to the Determination and Findings ("D&F") FSI provided in support of its decision to override the stay, FSI contends it is in the best interests of the United States for FSI to override the stay. In particular, FSI states maintaining the stay of contract performance will "negatively impact" the FSI eLearning design and development program and that certain eLearning courses "would not be delivered to stakeholders upon committed launch date" and certain eLearning courses "would not be delivered" at all.

FSI also determined that the risks associated with the delay in performing the Task Orders outweighs the supposed $1 million plus costs associated with terminating the awarded Task Orders in the event Oak Grove prevails in its protest at GAO. FSI further concludes that the override will not prejudice Oak Grove and that Oak Grove will be free to compete for a Task Order award in the event GAO sustains the protest.

## Request for Relief

As set forth in the supporting Memorandum, FSI's justification for its override determination is arbitrary, capricious and lacks a rational basis. For this reason, Oak Grove respectfully asks the Court to: (1) grant its motion and issue a temporary restraining order and preliminary injunction prohibiting FSI from authorizing performance under the awarded Task Orders until GAO issues a decision in the protest; (2) award Oak Grove the costs and expenses

(including attorneys' fees) it has incurred in bringing this action and (3) award any other relief the Court believes is just and appropriate in this case.

Oak Grove also asks the Court to: (1) grant its motion and issue a declaratory judgment that FSI's determination to override the automatic CICA stay is arbitrary, capricious and lacks a rational basis; (2) set-aside FSI's override determination and reinstate the CICA stay during the pendency of Oak Grove's GAO protest; (3) award Oak Grove the costs and expenses (including attorneys' fees) it has incurred in bringing this action and (4) award any other relief the Court believes is just and appropriate in this case.

Date: August 27, 2014

Respectfully submitted,

_____
Devon E. Hewitt (D.C. Bar No. 421515)

**PROTORAE LAW, PLLC**
8075 Leesburg Pike, Suite 760
Vienna, VA 22182
Telephone: (703) 942-6746
Facsimile: (703) 942-6758
dhewitt@protoraelaw.com

*Counsel of Record for Plaintiff Oak Grove Technologies, LLC*

Of Counsel:
James B. Kinsel
**PROTORAE LAW, PLLC**
8075 Leesburg Pike, Suite 760
Vienna, VA 22182
Telephone: (703) 749-8507
Facsimile: (703) 942-6758
jkinsel@protoraelaw.com

Of Counsel:
John H. Hawthorne
**PROTORAE LAW, PLLC**
8075 Leesburg Pike, Suite 760
Vienna, VA 22182
Telephone:  (703) 942-6147
Facsimile:    (703) 942-6758
jhawthorne@protoraelaw.com